JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEBORAH R. DOUGLAS (NYBN 2099372)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: deborah.r.douglas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR09-00776 DLJ |
| | ) | |
| Plaintiff, | ) | ORDER EXCLUDING TIME UNDER |
| | ) | THE SPEEDY TRIAL ACT, 18 U.S.C. § |
| v. | ) | 3161 ET SEQ. |
| | ) | |
| URSULA NGOZI OGAMBA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

      On June 2, 2010,  the defendant Ursula Ngozi Ogamba was  arrested and initially presented

before the Court.  The matter was continued to June 4, 2010 for appointment of counsel and

arraignment, and to June 7, 2010 for a bail review hearing.   For the reasons stated in open court

on June 2, 2010, the Court excluded time under the Speedy Trial Act from June 2, 2010 to June 7,

2010 to enable effective defense preparation and continuity of counsel. The Court found that (A)

failure to grant the continuance would unreasonably deny defendant the reasonable time necessary

for effective  preparation and continuity of counsel, taking  into  account  the  exercise  of  due

1    diligence; and (B) the ends of  justice  served  by  the continuance outweigh the best interests of

2    the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

3    **IT IS SO ORDERED.**

4

5                                              

6

7    Dated: June  4 , 2010                    _____

8                                              HONORABLE DONNA M. RYU
                                               United States Magistrate Judge